UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMONA RICKY PATU,<br><br>  Plaintiff,<br><br>  v.<br><br>LEE STEMLER, et al.,<br><br>  Defendants. | CASE NO. 2:22-cv-00693-RSM-BAT<br><br>**ORDER** |

The Court has reviewed the Report and Recommendation of the assigned United States Magistrate Judge, as well as Plaintiff's Objections and Supplemental Objections. Plaintiff is a prisoner who has filed three or more civil actions which have previously been dismissed as frivolous or for failure to state a claim. He is barred from bringing any further civil action or appeal IFP unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The Court has reviewed the proposed Complaint and finds no indication that Plaintiff is under such danger. The Objections provide no evidence or convincing argument to the contrary. The Court therefore agrees with the Magistrate Judge's recommendation of dismissal. Accordingly, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

ORDER - 1

      (2)    The Clerk is directed to close this case and dismiss it without prejudice if Plaintiff fails to pay the filing fee within 21 days of this order.

      (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 14th day of June, 2022.

RICARDO S. MARTINEZ  
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 2